# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION (KANSAS CITY)

In re:

    DONALD JOSEPH COCHRAN
    AMANDA ELIZABETH COCHRAN
          Debtor(s)

Case No. 10-43753-jwv-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/19/2010.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 10/14/2010.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $30,453.96.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $6,750.00 | |
| Less amount refunded to debtor | $2,776.76 | |
| **NET RECEIPTS:** | | **$3,973.24** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,282.46 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $198.66 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,481.12** |

Attorney fees paid and disclosed by debtor:          $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A+ PEST CONTROL INC | Unsecured | 94.06 | NA | NA | 0.00 | 0.00 |
| ALLIANCE RADIOLOGY ST JOSEPH H | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| APPLY ADVANCE AMERICA | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| APRIA HEALTH CARE | Unsecured | 599.38 | NA | NA | 0.00 | 0.00 |
| AT&T MISSOURI | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| BANK OF LEES SUMMIT | Unsecured | 149.99 | NA | NA | 0.00 | 0.00 |
| BEST BUY | Unsecured | 1,191.71 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 831.00 | NA | NA | 0.00 | 0.00 |
| CASH AMERICA NET OF MISSOURI L | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMMERCE BANK | Unsecured | 282.54 | NA | NA | 0.00 | 0.00 |
| COMMERCE BANK NA | Unsecured | 6,418.88 | 7,401.75 | 7,401.75 | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING CENTER | Unsecured | 207.39 | 222.73 | 222.73 | 0.00 | 0.00 |
| DIRECT MICROLOANS LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DOMINOES PIZZA | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,812.00 | 3,812.73 | 3,812.73 | 0.00 | 0.00 |
| ENCOMPASS MEDICAL GROUP | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 15,503.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Secured | 15,000.00 | 14,028.54 | 14,028.54 | 0.00 | 0.00 |
| HANGER PROSTHETICS & ORTHOTIC | Unsecured | 289.38 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE ASSOC ER PHYSICIAN | Unsecured | 19.26 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 10,373.00 | NA | NA | 0.00 | 0.00 |
| HYVEE | Unsecured | 285.11 | NA | NA | 0.00 | 0.00 |
| JACKSON COUNTY - MANAGER FINA | Unsecured | 800.00 | 1,058.40 | 1,058.40 | 0.00 | 0.00 |
| JACKSON COUNTY COLLECTOR | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| JACKSON COUNTY COLLECTOR | Priority | 1,500.00 | NA | NA | 0.00 | 0.00 |
| KANSAS CITY NEUROLOGY ASSOC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| LEES SUMMIT HOSPITAL | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| METRO EMERGENCY PHYSICIANS | Unsecured | 101.70 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN COMMUNITY COLL | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST RADIOLOGY CONSULTAN | Unsecured | 1,226.00 | NA | NA | 0.00 | 0.00 |
| MISSOURI DEPARTMENT OF REVENI | Priority | 1,281.94 | NA | NA | 0.00 | 0.00 |
| NALC MASTERCARD | Unsecured | 9,571.88 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 10,140.00 | 5,259.72 | 5,259.72 | 0.00 | 0.00 |
| NEBRASKA FURNITURE MART | Secured | 1,246.00 | 1,589.00 | 1,589.00 | 31.50 | 0.00 |
| PAPA JOHNS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 40.80 | NA | NA | 0.00 | 0.00 |
| RESEARCH MEDICAL CENTER | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| RESEARCH MEDICAL CENTER | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 278.51 | 323.23 | 323.23 | 0.00 | 0.00 |
| ST JOSEPH EMER PHYS INC | Unsecured | 188.14 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH MEDICAL CENTER | Unsecured | 1,190.15 | NA | NA | 0.00 | 0.00 |
| ST LUKES HEALTH SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| STEVEN D DUNNING DDS PC | Unsecured | 2,968.26 | NA | NA | 0.00 | 0.00 |
| STONEY CREEK ESTATES HOMEOW | Secured | 1,254.37 | 636.92 | 636.92 | 0.00 | 0.00 |
| SUMMIT GASTROENTEROLOGY LLC | Unsecured | 141.25 | NA | NA | 0.00 | 0.00 |
| SUMMIT II FITNESS CTR | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| SWOPE HEALTH SERVICES | Unsecured | 1,096.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 923.00 | NA | NA | 0.00 | 0.00 |
| TOWN & COUNTRY DISPOSAL | Unsecured | 58.85 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOAN | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOAN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOAN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NATIONAL AS! | Secured | 173,627.00 | 195,557.35 | 195,557.35 | 1,460.62 | 0.00 |
| WELLS FARGO BANK NATIONAL AS! | Secured | 25,000.00 | 27,756.58 | 27,756.58 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $196,194.27 | $1,460.62 | $0.00 |
| Mortgage Arrearage | $27,756.58 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,028.54 | $0.00 | $0.00 |
| All Other Secured | $1,589.00 | $31.50 | $0.00 |
| **TOTAL SECURED:** | **$239,568.39** | **$1,492.12** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$18,078.56** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,481.12 |
| Disbursements to Creditors | $1,492.12 |
| **TOTAL DISBURSEMENTS** : | **$3,973.24** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2011                    By: /s/ Richard V. Fink Trustee
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**