**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

F I L E D

6/13/11

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re:  Donald Joseph Cochran and Amanda Elizabeth
Cochran –BELOW MED–
Debtor

Case No.: 10–43753–jwv13

Chapter:  13

**NOTICE OR ORDER APPROVING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE: CLOSING CHAPTER 13 ESTATE BECAUSE OF PRIOR DISMISSAL OF THESE PROCEEDINGS AND ACCORDINGLY DISCHARGING THE CHAPTER 13 TRUSTEE AND RELEASING HIM FROM LIABILITY ON HIS BOND EFFECTIVE 30 DAYS FROM THE DATE HEREOF TO GRANT CREDITORS AN OPPORTUNITY TO OBJECT TO THE ENTRY OF THESE ORDERS**

   Richard V. Fink, Chapter 13 Standing Trustee, has petitioned this Court for a final order discharging him as trustee and closing the estate of the above−named debtor(s). The files and records of the Court show that the Chapter 13 proceedings were previously dismissed and that the accounting rendered by the Chapter 13 trustee is true and correct. However, the creditors herein will be granted 30 days from the date hereof to file, in writing, any objections they may have to the Chapter 13 trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. The Chapter 13 trustee's Final Report and Account are on file with the Clerk of the Bankruptcy Court. It is therefore

   ORDERED that the Final Report and Account of Richard V. Fink, Chapter 13 Standing Trustee, be and the same is hereby approved. It is further

   ORDERED that the Chapter 13 estate herein be, and it is hereby, closed. It is further

   ORDERED that Richard V. Fink, Chapter 13 Standing Trustee, be, and he is hereby, discharged as the trustee of the above−named debtor(s), and accordingly that Richard V. Fink and the surety on his bond be, and they are hereby, released from any and all liability upon that bond on account of the subject proceedings arising hereafter. It is further

   ORDERED that the above and foregoing order be, and the same are hereby, effective and final 30 days from the date hereof to meantime grant creditors an opportunity to file in writing any objections they many have to the trustee's Final Report and Account, and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein.

Date of issuance: 6/13/11

/s/  Jerry W. Venters
_____
UNITED STATES BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Missouri
In re:                                                                  Case No. 10-43753-jwv
Donald Joseph Cochran                                                   Chapter 13
Amanda Elizabeth Cochran
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0866-4          User: admin                 Page 1 of 3                   Date Rcvd: Jun 13, 2011
                              Form ID: 536                Total Noticed: 114


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2011.
 db/jdb        +Donald Joseph Cochran,    Amanda Elizabeth Cochran,    4425 SW Rivulet Dr,
                 Lees Summit, MO 64082-2500
13587092       +A+ Pest Control, Inc.,    Acct No 9568,    300 S. Clairborne Road,    Suite 106,
                 Olathe KS 66062-4400
13587094        AMCA,    PO Box 1235,   Elmsford NY 10523-0935
13587098       +AT&T - Missouri,    c/o Bay Area Credit Service,   1901 W 10th Street,    Antioch CA 94509-1380
13587093       +Alliance Radiology - St. Joseph Health,    9212 Nieman Road,    Overland Park KS 66214-1868
13587095        Apex Financial Management, LLC,    Acct No xxxx-xxxx-xxxx-6180,    PO Box 2189,
                 Northbrook IL 60065-2189
13587097        Apria Healthcare,    Acct No xxxxxxA660,    PO Box 802017,    Chicago IL 60680-2017
13587100        Best Buy,    HSBC Retail Services,    PO Box 5244,   Carol Stream IL 60197-5244
13587101        Brumbaugh & Quandahl PC,    Acct No xxxx4283,   4885 South 118th Street, Suite 100,
                 Omaha NE 68137-2241
13587102        CAC Financial Corp.,    2601 NW Expressway,    Suite 1000 East,    Oklahoma City OK 73112-7236
13587106       +CBCS,    Acct No xxxxxxA660,    Acct No: XXXXXXA660,    PO Box 2589,   Columbus OH 43216-2589
13587107        CCB Credit Services Inc,    Acct No xxxx-xxxx-xxxx-9012,    PO Box 272,   Springfield IL 62705-0272
13587104       +Capital One,    PO Box 85520,   Richmond VA 23285-5520
13587103        Capital One,    PO Box 30281,   Salt Lake City UT 84130-0281
13587109       +Chase,    Acct No xxxx xxxx xxxx 2459,    PO Box 15298,   Wilmington DE 19850-5298
13587110        Chase,    Acct No xxxx xxxx xxxx 2459,    800 Broksedge Blvd,    Westerville OH 43081-2822
13587108        Chase,    Acct No xxxx xxxx xxxx 2459,    PO Box 94014,   Palatine IL 60094-4014
13587114       +Conserve,    200 Cross Keys Office Park,    Fairport NY 14450-3510
13587115        Corporate Receivables Inc,    Acct No xxxxxx1065,    Acct No:XXXXXX1065,    PO Box 32995,
                 Phoenix AZ 85064-2995
13587116       +Corporate Receivables Inc,    Acct No xxxxxx1065,    Acct No:XXXXXX1065,    PO Box 4115,    Dept 087,
                 Concord CA 94524-4115
13587117       +Credit Protection Association,    13355 Noel Road, Suite 2100,    Dallas TX 75240-6837
13587118        Creditors Interchange,    PO Box 1335,    Buffalo NY 14240-1335
13587119       +David A Kraft,    4110 Baltimore Ave,    Kansas City MO 64111-2303
13587120        Diagnostic Imaging Center,    PO Box 419380,    Department 106,    Kansas City MO 64141-6380
13587121       +Direct Microloans LLC,    Acct No x9016,    d/b/a Purpose Cash Advance,    7047 Lee Hwy,
                 Chattanooga TN 37421-1793
13587122       +Dominoes Pizza,    c/o Tigertranz,    2612 Jackson Ave W,    Oxford MS 38655-5405
13587123       +Encompass Medical Group,    373 West 101st Terrace,    Kansas City MO 64114-4498
13587124        Executive Financial Consultants,    310 Armour Road, Suite 220,    North Kansas City MO 64116-3541
13587126       ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
                 (address filed with court: Ford Motor Credit,    Acct No xxxx9263,    National Bankruptcy,
                 PO Box 537901,    Livonia MI 48153-7901)
13587127       +Ford Motor Credit,    PO Box 542000,    Omaha NE 68154-8000
13587125       +Ford Motor Credit,    PO Box 790093,    Saint Louis MO 63179-0093
13624177       +Ford Motor Credit Company LLC,    Martin, Leigh, Laws & Fritzlen, P.C.,
                 1044 Main Street, Suite 900,    Kansas City, MO 64105-2126
13587128       +Global Check Recovery,    17 N.E. Skyline Drive,    Lees Summit MO 64086-5691
13587134        HSBC Bank,    Acct No xxxx-xxxx-xxxx-9012,    12447 SW 69th Avenue,   Portland OR 97223-8517
13587135        HSBC Bank Nevada, N.A.,    Acct No xxxxxx1065,    Acct No:XXXXXX1065,    PO Box 60167,
                 City Of Industry CA 91716-0167
13587136       +HSBC Bank Nevada, NA,    Bass & Associates, PC,    3936 E. Fort Lowell Road, Suite 200,
                 Tucson AZ 85712-1083
13587129       +Hanger Prosthetics & Orthotics,    Acct No xxxxxxQPGW,    PO Box 870410,
                 Kansas City MO 64187-0410
13587130       +Haster Law Offices,    Acct No xxxxxx1065,    Acct No:XXXXXX1065,    Ste 340,    6640 Shady Oak Rd,
                 Eden Prairie MN 55344-7720
13587132        Hilco,    Acct No xxxx-xxxx-xxxx-6180,    Acct No: XXXXXXXXXXXX6180,    Suite 206,
                 Northbrook IL 60062-0000
13587137       +Hy-Vee,    7117 N. Prospect,    Gladstone MO 64119-1123
13587138       ++JACKSON COUNTY COLLECTIONS DEPARTMENT,    415 E 12TH ST,    ROOM 100,    ATTN BANKRUPTCY,
                 KANSAS CITY MO 64106-2755
                 (address filed with court: Jackson County Collector,    PO Box 219747,
                 Kansas City MO 64121-9747)
13614680       +Jackson County Collector - Bankruptcy,    415 E. 12th St. Room 100,    Kansas City, Mo 64106-2706
13587142        KCI,    PO Box 14765,   Shawnee Mission KS 66285-4765
13587139       +Kansas City Neurology Assoc,    2000 SE Blue Pkwy. #270,    Lees Summit MO 64063-1041
13587143       +Kozeny & McCubbin LC,    Acct No xxxxxx3149,    12400 Olive Boulevard,    Ste 555,
                 Saint Louis MO 63141-5460
13587144        Lees Summit Hospital,    PO Box 99400,    Louisville KY 40269-0400
13587145       +Litow Law Office, PC,    Acct No xxxx-xxxx-xxxx-6180,    Acct No: XXXXXXXXXXXX6180,
                 1162A E. Gannon Drive,    Festus MO 63028-2612
13587148       +Main Street Acquisition,    Acct No xxxx-xxxx-xxxx-9012,    3950 Johns Creek Court,    Ste 100,
                 Suwanee GA 30024-1296
13587149        Main Street Acquistion Corp,,    3715 Davinci Ct # 200,,    Norcross, GA 30092-2670
13587150       +Metro Emergency Physicians,    PO Box 78009,    Saint Louis MO 63178-8009
13587151       +Metropolitan Community Colleges,    Attention: Payment Services,    1775 Universal,
                 Kansas City MO 64120-1318
```

```
District/off: 0866-4          User: admin              Page 2 of 3                   Date Rcvd: Jun 13, 2011
                              Form ID: 536             Total Noticed: 114

13587152     +Midwest Radiology Consultants,    706 NE Langsford Rd,    Lees Summit MO 64063-2979
13587154      NALC Mastercard,    Acct No xxxx-xxxx-xxxx-9012,    Union Plus Credit Card,    PO Box 5222,
               Carol Stream IL 60197-5222
13587155      NALC Mastercard,    Acct No xxxx-xxxx-xxxx-9012,    Acct No: XXXX-XXXX-XXXX9012,    PO box 80027,
               Salinas CA 93912-0027
13587156     +NCO,   507 Prudential Rd,    Horsham PA 19044-2368
13587158      NCO Financial Systems,    2550 E. Stone Drive,    Suite 250,    Kingsport TN 37660-0801
13715724      NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13587161     +Optima Recovery Services,    6215 Kingston Pike, Suite A,    Knoxville TN 37919-4044
13587162     +Optima Recovery Services,    Attn: Bankruptcy,    PO Box 52968,    Knoxville TN 37950-2968
13587163     +Papa Johns,    13505 South Mur-Len Road,    Olathe KS 66062-1600
13587164     +Praxis Financial Solutions, Inc.,    Acct No xxxx-xxxx-xxxx-9012,    7331 N. Licoln Avenue,
               Suite 8,    Lincolnwood IL 60712-1766
13587165      Quest Diagnostics,    Correspondence/Bankruptcy Notification,    PO Box 3099,
               Southeastern PA 19398-3099
13587166     +Research Medical Center,    ATTN Patient Accounting,    2316 East Meyer Boulevard,
               Kansas City MO 64132-1199
13587167     +Security Check LLC,    2612 Jackson Ave. W.,    Oxford MS 38655-5405
13587168     +Slagle, Bernard & Gorman,    Acct No xxxxxxx - xxx-xxxx - xxxx5633,    600 Plaza West Bldg,
               4600 Madison Ave,    Kansas City MO 64112-1283
13587169     +St Joseph Emer Phys Inc.,    IDS/Satin Love,    1161 58th Street SW,    Grand Rapids MI 49509-9536
13587170     +St Joseph Medical Center,    1000 Carondelet Drive,    Kansas City MO 64114-4865
13587171      St Lukes Health Systems,    Acct No xxxxxxx0201,    PO Box 530254,    Atlanta GA 30353-0254
13587172      Steven D. Dunning, D.D.S., P.C.,    Acct No xx4500,    561 North Scott,    Belton MO 64012-1762
13655389     +Stoney Creek Estates Homeowners' Association, Inc.,    c/o Community Association Management,
               8826 Santa Fe Drive, Suite 190,    Overland Park, KS 66212-3672
13587173     +Stoney Creek Homes Association,    Acct No xxxxxxx - xxx-xxxx - xxxx5633,    8826 Santa Fe Drive,
               Suite #190,    Overland Park KS 66212-3672
13587174     +Summit Gastroenterology LLC,    20 NE Saint Lukes Boulevard,    Lees Summit MO 64086-6001
13587175     +Summitt II Fitness Center,    1201 NW Woods Chapel Rd.,    Blue Springs MO 64015-2654
13587176     +Swope Health Services,    3801 Blue Parkway,    Kansas City MO 64130-2807
13587181     ++TEKCOLLECT,    PO BOX 1269,    COLUMBUS OH 43216-1269
             (address filed with court: TekCollect,     PO Box 26390,    Columbus OH 43226-0000)
13587184     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,     5005 N River Blvd NE,
               Cedar Rapids IA 52411-6634)
13587177      Target,    Acct No x-xxx-xx7-725,    PO Box 59317,    Minneapolis MN 55459-0317
13587178     +Target,    Acct No x-xxx-xx7-725,    Acct No: X-XXX-XX7-725,    PO Box 673,    X-XXX-XX7-725,
               Minneapolis MN 55440-0673
13587180      Tek-Collect,    1111 Schrock Road,    PO Box 26390,    Columbus OH 43226-0390
13587179     +Tek-Collect,    1111 Schrock Road,    Columbus OH 43229-1178
13587183     +Town & Country Disposal,    PO Box 10,    Harrisonville MO 64701-0010
13587185     ++UNITEDCASHLOANS D B A OF TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
             (address filed with court: United Cash Loans,     Acct No xxxxx5551,    2533 N Carson Street,
               Suite 5020,    Carson City NV 89706-0000)
13587186      Venture Financial Services,    Acct No xxxxxxA660,    Acct No: XXXXXXA660,    PO Box 16568,
               Raytown MO 64133-0568
13587187      Venture Financial Services,    Acct No xxxxxxx0201,    Acct No: XXXXXXX0201,    PO Box 16568,
               Raytown MO 64133-0568
13587188     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo,     Acct No xxxxxx3149,    8480 Stagecoach Circle,
               Frederick MD 21701-0000)
13594258     +Wells Fargo Bank, National Association,    Wells Fargo Home Mortgage,
               Attn: BK Dept  MAC X7801-13,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13587191      Wells Fargo Home Mortgage,    Acct No xxxxxx3149,    3476 Stateview Boulevard,
               Fort Mill SC 29715-7200
13587190      Wells Fargo Home Mortgage,    Acct No xxxxxx3149,    PO Box 14411,    Des Moines IA 50306-3411
13587189      Wells Fargo Home Mortgage,    Acct No xxxxxx3149,    PO Box 5296,    Carol Stream IL 60197-5296
13587192     +West Asset,    2703 N Highway 75,    Sherman TX 75090-2567
13587193     +William T. Holmes, II.,    Acct No xxxxxx3149,    Kozeny & McCubbin, L.C.,
               12400 Olive Boulevard, Sutie 555,    Saint Louis MO 63141-5454
13700231      eCAST Settlement Corporation assignee of Chase,    Bank USA NA successor by merger to,
               Washington Mutual,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: ecfnotices@dor.mo.gov Jun 13 2011 20:37:54     Missouri Department of Revenue,
               General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
13587094      E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jun 13 2011 20:35:17     AMCA,    PO Box 1235,
               Elmsford NY 10523-0935
13587096     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 13 2011 20:37:57      Apply Advance America,
               Acct No xxx6172,    200 West Jackson, Suite 1400,    Chicago IL 60606-6929
13587099      E-mail/Text: jbowlin@bankofleessummit.com Jun 13 2011 20:38:47     Bank of Lees Summit,
               PO Box 347,    Lee's Summit MO 64063-0347
13587105     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 13 2011 20:37:57      Cash America Net of Missouri, LLC,    Acct No xxx6172,    200 W. Jackson Blvd, Suite 2400,
               Chicago IL 60606-6941
13587111      E-mail/Text: bankruptcy@commercebank.com Jun 13 2011 20:52:13     Commerce Bank,
               Acct No xxxxxxxxxxxx9273,    PO Box 419248,    Kansas City MO 64141-6248
```

```
District/off: 0866-4          User: admin               Page 3 of 3                 Date Rcvd: Jun 13, 2011
                              Form ID: 536              Total Noticed: 114


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13587112      +E-mail/Text: bankruptcy@commercebank.com Jun 13 2011 20:52:13      Commerce Bank,
               Acct No xxxxxxxxxxxx9273,    911 Main,   Kansas City MO 64105-2009
13598806       E-mail/Text: bankruptcy@commercebank.com Jun 13 2011 20:52:13      Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
13587113       E-mail/Text: bankruptcy@commercebank.com Jun 13 2011 20:52:13      Commerce Bank,
               Acct No xxxxxxxxxxxx9273,    3930 S 147th Street,    Omaha NE 68144-5569
13587131       E-mail/PDF: email@mbsllc.net Jun 14 2011 00:06:03      Health Care Associates ER Physicians,
               PO Box 838,   Shawnee Mission KS 66201-0838
13587133       E-mail/Text: BKNOTICES@EAFLLC.COM Jun 13 2011 20:38:24      Hilco Receivables LLC,
               Acct No xxxx-xxxx-xxxx-6180,    5 Revere Drive, Suite 415,    Northbrook IL 60062-1570
13587141       E-mail/Text: ebnsterling@weltman.com Jun 13 2011 20:34:44       Kay Jewelers,   Acct No xxxxxx1065,
               Acct No:XXXXXX1065,    375 Ghent Road,   Akron OH 44333-4600
13587140       E-mail/Text: ebnsterling@weltman.com Jun 13 2011 20:34:44       Kay Jewelers,   Acct No xxxxxx1065,
               PO Box 740425,   Cincinnati OH 45274-0425
13587146       E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2011 20:33:54       LVNV Funding,
               P.O. Box 740281,   Houston TX 77274-0281
13587147       E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2011 20:33:54       LVNV Funding,
               PO Box 10584,   Greenville SC 29603-0584
13765142       E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2011 20:33:54       LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13587153       E-mail/Text: ecfnotices@dor.mo.gov Jun 13 2011 20:37:54      Missouri Department of Revenue,
               Taxation Division,    PO Box 385,   Jefferson City MO 65105-0385
13587160       E-mail/Text: demand@nfm.com Jun 13 2011 20:52:05      Nebraska Furniture Mart,    700 S 72nd Street,
               Omaha NE 68114-0000
13587159       E-mail/Text: demand@nfm.com Jun 13 2011 20:52:05      Nebraska Furniture Mart,
               Legal Department/Bankruptcy,    700 South 72nd Street,    Omaha NE 68103-0000
13646661      +E-mail/Text: bknotice@ncmllc.com Jun 13 2011 20:33:37      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,    USA
13606342      +E-mail/Text: demand@nfm.com Jun 13 2011 20:52:05      Nebraska Furniture Mart,    PO Box 3000,
               Omaha, NE 68103-3030
13589514       E-mail/PDF: BNCEmails@blinellc.com Jun 14 2011 00:08:45      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
13587182       E-mail/Text: felicia.fandrey-dalton@twcable.com Jun 13 2011 20:37:48       Time Warner Cable,
               Bankruptcy Department/Customer Service,    6550 Winchester Avenue,    Kansas City MO 64133-4660
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13624176     Ford Motor Credit Company LLC
13587157     NCO Financial,   INVALID ADDRESS
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**                          **Signature:** _Joseph Speetjens_